UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JASDRUAL PEREZ, a/k/a "Josh"<br>    and<br>(2) ERIK VENTURA,<br><br>Defendants | Criminal No. 22cr10059<br><br>Violation:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl<br>(21 U.S.C. § 846)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
400 Grams or More of Fentanyl
(21 U.S.C. § 846)

The Grand Jury charges:

From at least in or about February 2021 through in or about February 2022, in Norfolk County and elsewhere in the District of Massachusetts, and in the District of Rhode Island, the defendants,

(1) JASDRUAL PEREZ, a/k/a "Josh," and
(2) ERIK VENTURA,

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of

a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to (1) JASDRUAL PEREZ, a/k/a "Josh," and (2) ERIK VENTURA. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendants (1) JASDRUAL PEREZ, a/k/a "Josh," and (2) ERIK VENTURA.

It is further alleged that, before defendant (2) ERIK VENTURA committed the offense charged in this count, the defendant was convicted of violating New York Penal Law 220.41(1), Criminal Sale of a Controlled Substance Second Degree (*see People v. Eric Ventura*, 03966-2011), a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Section 846.

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendants,

> (1) JASDRUAL PEREZ, a/k/a "Josh," and
> (2) ERIK VENTURA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following assets:

   a. $62,153 in United States currency, seized on February 7, 2022, from 141 Alpine Estates, Cranston, Rhode Island 02921;

   b. The real property located at 21 Imera Avenue, Providence, Rhode Island, more particularly described as a parcel of land, with the buildings and improvements thereon, located on the easterly side of Imera Avenue in the City of Providence, County of Providence, State of Rhode Island, more particularly described in the Warranty Deed recorded on February 17, 2015, at the City of Providence Recorder of Deeds Office, at Document No. 00111248, and Book 11054, Pages 100-101;

   c. A 2021 Dodge Ram with VIN 1C6SRFHT5MN540783.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

3

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

    All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

CRAIG ESTES
LINDSEY WEINSTEIN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH  16 , 2022
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK
    at 3:54 PM